# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gilbert, John P. | UNITED STATES DISTRICT COURT - Southern District of Illinois | 04/22/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - SENIOR STATUS | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

301 WEST MAIN STREET
BENTON, IL 62812

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Southern Illinois University |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, John P. | 04/22/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gilbert, John P.** | 04/22/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Old National Bank N/K/A First Mid-Illinois Bank | Mortgage on Investment Property | M |
| 2. | Patricia Noe | Contract for Deed on Investment Property | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gilbert, John P.** | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 1. COM. PEPSICO | A | Dividend | J | T | | | | | |
| 2. COM. HUTTON TEL. TR. | B | Dividend | J | T | | | | | |
| 3. COM. MFS GV.PL mutual funds | A | Dividend | K | T | | | | | |
| 4. COM. FRANKLIN U.S.G. | A | Dividend | K | T | | | | | |
| 5. COM. OLD NATIONAL BANK | D | Dividend | N | T | | | | | |
| 6. NOBLE ENERGY | A | Dividend | J | T | | | | | |
| 7. OLD NATL BANK N/K/A FIRST MID-ILLINOIS BANK - Accounts | A | Interest | J | T | | | | | |
| 8. RENTAL PROPERTY: Jackson Co., IL ($280,000) | A | Rent | M | S | | | | | |
| 9. COM. BRISTOL MYERS | E | Dividend | J | T | | | | | |
| 10. COM. AMER. ELEC. POWER | A | Dividend | J | T | | | | | |
| 11. COM. ALLETE | A | Dividend | J | T | | | | | |
| 12. COM. XCEL ENERGY | A | Dividend | J | T | | | | | |
| 13. COM. COCA COLA | A | Dividend | J | T | | | | | |
| 14. COM. GEN. ELECTRIC | A | Dividend | J | T | Sold (part) | 01/02/20 | J | A | |
| 15. COM. EXXONMOBIL | A | Dividend | J | T | | | | | |
| 16. COM. ORACLE | A | Dividend | J | T | | | | | |
| 17. COM. CATERPILLAR | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, John P. | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   COM. WALMART | A | Dividend | J | T | | | | | |
| 19.   COM. WESTAR ENERGY | A | Dividend | J | T | | | | | |
| 20.   COM. MICROSOFT | A | Dividend | J | T | Buy<br>(add'l) | 10/29/20 | J | | |
| 21.   COM. CISCO SYSTEMS | A | Dividend | J | T | | | | | |
| 22.   COM. PUTNAM GLOBAL | A | Dividend | J | T | | | | | |
| 23.   COM. REGIONS FINANCIAL CORP. | A | Dividend | J | T | | | | | |
| 24.   COM. VERIZON COMM. | A | Dividend | J | T | | | | | |
| 25.   COM. AMERICA MOVIL | A | Dividend | J | T | | | | | |
| 26.   COM. DTE ENERGY | A | Dividend | J | T | | | | | |
| 27.   COM. SOUTHERN COMPANY | A | Dividend | J | T | | | | | |
| 28.   COM. CORNING | A | Dividend | J | T | | | | | |
| 29.   COM. INTEL | A | Dividend | J | T | | | | | |
| 30.   COM. TEXAS INSTRUMENTS | A | Dividend | J | T | | | | | |
| 31.   COM. CAREMARK | A | Dividend | J | T | | | | | |
| 32.   COM. EXELON | A | Dividend | J | T | | | | | |
| 33.   COM. AMEREN | A | Dividend | K | T | | | | | |
| 34.   COM. NEE | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, John P. | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   COM. AGRBX | A | Dividend | J | T | | | | | |
| 36.   COM. NEW WORLD FUND | A | Dividend | J | T | | | | | |
| 37.   COM. GROWTH FUND OF AMERICA | A | Dividend | J | T | | | | | |
| 38.   COM. JOHN DEERE | A | Dividend | J | T | | | | | |
| 39.   COM. BANK OF AMERICA | A | Dividend | J | T | | | | | |
| 40.   BOND ILLINOIS FIN. AUTH. | A | Interest | J | T | | | | | |
| 41.   COM. 3M COMPANY | A | Dividend | J | T | Buy<br>(add'l) | 04/09/20 | J | | |
| 42.   COM. FIRST SOUTHERN BANK | A | Dividend | J | T | | | | | |
| 43.   COM. AT&T | A | Dividend | J | T | | | | | |
| 44.   RENTAL PROPERTY: Sarasota, FL<br>($250,000) | A | Rent | M | S | | | | | |
| 45.   BOND QWEST CORP. 6.125% | A | Interest | K | T | | | | | |
| 46.   BOND AFLAC 5.5% | A | Interest | K | T | | | | | |
| 47.   WELLS FARGO - COMPASS MANAGED<br>DIVERSIFIED STOCK INCOME<br>PORTFOLIO | A | Dividend | K | T | | | | | |
| 48.   COM. F | A | Dividend | J | T | | | | | |
| 49.   BOND SIU 3.5% | A | Interest | K | T | | | | | |
| 50.   PFD. WELLS FARGO 6.625% | A | Interest | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, John P. | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51.  PFD. JOHN HANCOCK | A | Interest | K | T | | | | | |
| 52.  COM. PG | A | Dividend | J | T | | | | | |
| 53.  COM. UNP | A | Dividend | K | T | | | | | |
| 54.  COM. KMI | A | Dividend | J | T | | | | | |
| 55.  COM. T | A | Dividend | J | T | | | | | |
| 56.  COM. HYH | A | Dividend | J | T | | | | | |
| 57.  COM. KMB | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | A | |
| 58.  PFD. WACHOVIA 7.25% | A | Interest | K | T | | | | | |
| 59.  COM. WPC | A | Dividend | J | T | | | | | |
| 60.  PFD. BAC | A | Dividend | | | Sold | 01/27/20 | J | A | |
| 61.  COM. APPLE | A | Dividend | J | T | Buy<br>(add'l) | 09/10/20 | J | | |
| 62.  COM. COP | A | Dividend | J | T | | | | | |
| 63.  COM. ABBVIE INC. | A | Dividend | J | T | | | | | |
| 64.  COM. DG | A | Dividend | J | T | | | | | |
| 65.  AMERICAN FUND NGCRX | A | Dividend | K | T | | | | | |
| 66.  AMERICAN FUND NDCRX | A | Dividend | K | T | | | | | |
| 67.  COM. MERCK | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68. COM. WALT DISNEY | A | Dividend | J | T | | | | | |
| 69. JOHN HANCOCK ETF | A | Dividend | J | T | | | | | |
| 70. DAFT & PHELPS ETF | A | Dividend | J | T | | | | | |
| 71. AMERICAN FUND UTBPX | A | Dividend | J | T | | | | | |
| 72. VANGUARD S&P MID-CAP ETF | A | Dividend | K | T | | | | | |
| 73. ISHARES CORE S&P SMALL CAP ETF | A | Dividend | J | T | | | | | |
| 74. ISHARES CORE S&P MID CAP ETF | A | Dividend | J | T | | | | | |
| 75. ISHARES U.S. MEDICAL DEVICES ETF | A | Dividend | J | T | | | | | |
| 76. COM. MEDTRONIC PLC | A | Dividend | J | T | | | | | |
| 77. AMERICAN FUND NDCRX | A | Dividend | J | T | | | | | |
| 78. AMERICAN FUND ABALX | A | Dividend | K | T | | | | | |
| 79. PFD. SOUTHERN CO 5.25% | A | Interest | K | T | | | | | |
| 80. VANGUARD HEALTH CARE ETF VHT | A | Dividend | J | T | Buy<br>(add'l) | 02/12/20 | J | | |
| 81. AMERICAN FUND SMCWX | A | Dividend | J | T | | | | | |
| 82. CAPITAL INCOME BUILDER FUND CAIBX | A | Dividend | J | T | | | | | |
| 83. FUNDAMENTAL INVESTORS FUND ANCFX | A | Dividend | J | T | Buy<br>(add'l) | 02/12/20 | J | | |
| 84. TAX EXEMPT BOND FUND OF AMERICA AFTEX | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, John P. | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | COM. AMAZON | A | Dividend | J | T | | | | | |
| 86. | COM. FRANKLIN INCOME FUND | A | Dividend | L | T | | | | | |
| 87. | COM. DNP SELECT INCOME FUND | A | Dividend | K | T | | | | | |
| 88. | COM. COMCAST CORP NEW | A | Dividend | J | T | Buy | 02/14/20 | J | | |
| 89. | VANGUARD INDEX FDS S&P 500 ETF | A | Dividend | J | T | Buy | 02/14/20 | J | | |
| 90. | COM. JPMORGAN CHASE & CO | A | Dividend | J | T | Buy | 04/09/20 | J | | |
| 91. | | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gilbert, John P.** | 04/22/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 14:  The partial sale reported is $129 in proceeds received from the sale of 2 shares of Wabtec stock received in a merger with General Electric; since it represents proceeds from the investment in General Electric, it is reported here.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** s/ **John P. Gilbert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544